UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| MONIKA GRAY-EL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:25-CV-0081 SEP |
| | ) | |
| UNITED STATES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

Self-represented Plaintiff Monika Gray-El filed this civil rights action on May 9, 2025. Doc. [1]. Plaintiff neither paid the $405 filing fee nor filed a motion to proceed *in forma pauperis*. Plaintiff must do one or the other for this case to proceed. *See* E.D. Mo. L.R. 2.01(B)(1). Also, the Court orders Plaintiff to amend her pleading on a Court-provided form. *See* E.D. Mo. Local Rule 2.06(A). Lastly, because Plaintiff's handwritten Complaint is largely illegible, she will be required to either type or print her pleading on the Court-provided form.

### PLAINTIFF'S COMPLAINT

Plaintiff Monika Gray-El alleges violations of her civil rights against the United States government, the Federal Bureau of Investigation, the State of Missouri, the Sikeston Police Department, the Cape Girardeau Police Department, and the Cape Girardeau County Sheriff's Department. She brings her claims under 42 U.S.C. §§ 1981, 1983, 1985 and 1988. Plaintiff also alleges Missouri state law assault and defamation claims. Plaintiff does not include facts related to her claims in the Complaint. Instead, she provides lists of case citations and case holdings that she presumably believes are applicable to her claims.

As currently written, Plaintiff's allegations are conclusory and fail to state a claim upon which relief may be granted. *See* 28 U.S.C. § 1915. She also includes claims concerning apparently unrelated altercations with law enforcement agencies on different dates. The Federal Rules of Civil Procedure require a plaintiff suing multiple defendants in a single complaint to include only those claims that arise out of the same occurrence. *See* Fed. R. Civ. P. 18 and 20.

Last, the Court notes that the instant action is the fifth civil action Plaintiff has pending in this Court. *See Gray-El v. United States Government*, et al., No. 1:24-cv-00157 SNLJ (E.D.

Mo.) (dismissed pursuant to Fed. R. Civ. P. 41(b) on Apr. 7, 2025); *Gray-El v. United States of America, et al.,* No. 1:24-cv-00158 SNLJ (E.D. Mo.) (dismissed pursuant to Fed. R. Civ. P. 41(b) on Oct. 21, 2024); *Gray-El v. State of Missouri, et al.,* No. 1:24-cv-00159 NCC (E.D. Mo.) (Order of Partial Dismissal entered on Feb. 24, 2025); *Gray-El v. State of Missouri, et al.,* No. 1:25-cv-00028 AGF (E.D. Mo) (Motion to Proceed *in Forma Pauperis* filed on February 26, 2025). Plaintiff may not bring claims in this case that she is already pursuing in her other ongoing cases.

### INSTRUCTIONS FOR AMENDING THE COMPLAINT

As Plaintiff is representing herself, the Court will allow Plaintiff to amend her pleading on a Court-provided form. *See* Local Rule 2.06(A). As noted above, however, because Plaintiff's handwriting is illegible, she must either type or print her amended complaint.

The filing of an amended complaint completely replaces the original complaint, so Plaintiff must include in the amended complaint every claim she wishes to pursue. *See, e.g., In re Wireless Telephone Federal Cost Recovery Fees Litigation*, 396 F.3d 922, 928 (8th Cir. 2005). Any claims from the original complaint that are not included in the amended complaint will be deemed abandoned. *Id.* The allegations may not be conclusory, and Plaintiff must explain how each named defendant is personally involved in or directly responsible for the alleged harm. All of Plaintiff's claims should be clearly set forth in the "Statement of Claim." **Plaintiff shall not include claims in her amended complaint that she is currently pursuing in any other case currently pending before this Court.**

If Plaintiff fails to file an amended complaint that complies with this Court's instructions within 21 days, this action will be dismissed without prejudice and without further notice.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall mail to Plaintiff a copy of the Court's Civil Complaint form and a copy of the Application to Proceed in District Court without Prepaying Fees or Costs.

**IT IS FURTHER ORDERED** that, **within 21 days** of the date of this Order, Plaintiff shall file an amended complaint on the Court's Civil Complaint form in compliance with the Court's instructions. Plaintiff shall type or print the substance of her complaint on the Court-provided form.

**IT IS FURTHER ORDERED** that, **within 21 days** of the date of this Order, Plaintiff shall either pay the $405 filing fee or submit a completed Application to Proceed in District Court Without Prepaying Fees or Costs.

**IT IS FINALLY ORDERED** that Plaintiff's failure to timely comply with this Order shall result in the dismissal of this action, without prejudice and without further notice.

Dated this 11th day of June, 2025.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE