**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION**

| | |
|---|---|
| MONIKA GRAY-EL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:25-cv-00081-SEP |
| UNITED STATES, et al. | ) ) ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

Before the Court is Plaintiff's Motion to Proceed *in Forma Pauperis* on Appeal. Doc. [6]. When the Court dismissed this action, it certified in writing that an appeal would not be taken in good faith, s*ee* Doc. [3]; 28 U.S.C. § 1915(a)(3), and it is not apparent that Plaintiff now seeks appellate review of any issue that is not frivolous. *See Coppedge v. United States*, 369 U.S. 438, 445 (1962). As a result, the Court will deny the Motion.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Proceed *in Forma Pauperis* on Appeal, Doc. [6] is **DENIED**.

Dated this 8th day of September, 2025.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE