# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| MONIKA GRAY-EL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:25-cv-00081-SEP |
| | ) |
| UNITED STATES, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDMUM AND ORDER

Before the Court is the Judgment from the United States Court of Appeals for the Eighth Circuit requiring collection of the appellate filing fees pursuant to 28 U.S.C. § 1915(b). Doc. [12]. The Court will direct the Clerk of Court to request that the agency having custody of Plaintiff begin making payments in accordance with 28 U.S.C. § 1915(b)(2) until the $605 appellate fee is paid in full.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall request that the agency having custody of Plaintiff begin making payments in accordance with 28 U.S.C. § 1915(b)(2) until the $605 appellate fee is paid in full.

Dated this 17th day of November, 2025.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE